EARLE A. MERRILL, APPELLANT, v. JOHN WINANS, RESPONDENT.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellant, *Earle A. Merrill*.

For the respondent, *Frederick A. Pope*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 10.

*For reversal*—None.